DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:25-cr-00066 |
| | ) | |
| KHALIL GUNN | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

TO: Honorable Robert A. Molloy, Chief Judge
AUSA Adam Sleeper
AUSA Kyle Payne
FPD Gabriel Villegas
FPD Matthew Campbell
FPD Tina Marie Brown
U.S. Marshals Service
U.S. Probation & Pretrial Service

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

The Defendant, by consent, has appeared before me pursuant to Fed. R. Crim. P. 11, LRCr 1.2. and LRCi 72.3 and has entered a plea of guilty to Count One of the INFORMATION— ENTRY BY FALSE PRETENSES TO ANY REAL PROPERTY, VESSEL, OR AIRCRAFT OF THE UNITED STATES OR ANY SECURE AREA OF ANY AIRPORT OR SEAPORT, 18 U.S.C. § 1036(a). After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary as to Count One and that the offense charged is supported by an independent basis in the facts containing each of the essential elements of the offense. I therefore recommend that the plea of guilty be accepted and the Defendant be adjudged guilty and have sentence imposed accordingly.

Dated:   January 15, 2025

EMILE A. HENDERSON III
U.S. MAGISTRATE JUDGE