## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 3:25-cr-0066 |
| | ) |
| **KHALIL GUNN,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

### ORDER

**THIS MATTER** comes before the Court on the Report and Recommendation of the United States Magistrate Judge entered on January 15, 2026,[1] ECF No. 31, recommending that the Defendant's plea of guilty to Count One of the Information, Entry by False Pretenses to any Real Property, Vessel, or Aircraft of the United States or Secure Area of any Airport or Seaport, in violation of 18 U.S.C §1036(a), be accepted, and the defendant be adjudged guilty. After careful consideration and review, and there being no objection, it is hereby

**ORDERED** that the Report and Recommendation, ECF No. 31, is **ADOPTED;** it is further

**ORDERED** that Defendant Khalil Gunn's plea of guilty as to Count One of the Information is **ACCEPTED**, and that Khalil Gunn is adjudged **GUILTY** on that count; it is further

**ORDERED** that, pursuant to Fed. R. Crim. P. 32(c)(1)(A), the U.S. Probation Office shall conduct a presentence investigation for the preparation of a presentence report; it is further

---

[1] The Magistrate Judge's Order contains a clerical error in the year, dated "January 15, 2025" rather than "January 15, 2026". The Order is manually date-stamped January 15, 2026 by the Clerk's Office and was filed on the docket on January 15, 2026.

**ORDERED** that the U.S. Probation Office shall disclose the preliminary presentence report to the parties **no later than March 17, 2026;** it is further

**ORDERED** that the parties shall submit any objections or corrections to the preliminary presentence report to the U.S. Probation Office **no later than March 31, 2026;** it is further

**ORDERED** that the U.S. Probation Office shall disclose the final presentence report to the parties and the Court **no later than April 14, 2026;** it is further

**ORDERED** that the parties shall file their sentencing memoranda **no later than April 28, 2026**; and it is further

**ORDERED** that a sentencing hearing shall be held on **May 14, 2026, at 9:00 A.M.** in S. Thomas Courtroom No. 1 before Chief Judge Robert A. Molloy.

**Dated:** February 3, 2026         */s/ Robert A. Molloy*
                                    **ROBERT A. MOLLOY**
                                    **Chief Judge**